IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Heneghan, John M | Case Number: 05 B 63998 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/9/08 | Filed: 12/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:  May 23, 2008
Confirmed:  March 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,580.00 | |
| Secured: | | 1,862.50 |
| Unsecured: | | 3,711.58 |
| Priority: | | 0.00 |
| Administrative: | | 1,260.57 |
| Trustee Fee: | | 366.49 |
| Other Funds: | | 378.86 |
| Totals: | 7,580.00 | 7,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Steven A Leahy | Administrative | 1,260.57 | 1,260.57 |
| 2. | Honda Finance Services | Secured | 1,500.00 | 1,500.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 22,984.46 | 362.50 |
| 4. | Honda Finance Services | Unsecured | 0.00 | 0.00 |
| 5. | Honda Finance Services | Unsecured | 0.00 | 0.00 |
| 6. | Honda Finance Services | Unsecured | 0.00 | 0.00 |
| 7. | B-Line LLC | Unsecured | 1,490.89 | 1,490.89 |
| 8. | ECast Settlement Corp | Unsecured | 999.42 | 999.42 |
| 9. | CB USA | Unsecured | 800.27 | 800.27 |
| 10. | Honda Finance Services | Unsecured | 421.00 | 421.00 |
| 11. | CB USA | Unsecured | | No Claim Filed |
| 12. | KCA Financial Services | Unsecured | | No Claim Filed |
| 13. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 14. | KCA Financial Services | Unsecured | | No Claim Filed |
| 15. | First National Bank | Unsecured | | No Claim Filed |
| 16. | KCA Financial Services | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | KCA Financial Services | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 29,456.61 | $ 6,834.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 137.50 |
| 5% | 54.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Heneghan, John M | Case Number: 05 B 63998 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/9/08 | Filed: 12/15/05 |

```
              4.8%              164.16
              5.4%               10.33
                              _____
                              $ 366.49
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____